UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| CHARLES D. EASLEY, JR. | PLAINTIFF |
| V. | CIVIL ACTION NO. 1:18-CV-139-SA-DAS |
| LOWNDES COUNTY, MISSISSIPPI | DEFENDANT |

AND

| | |
|---|---|
| CHARLES D. EASLEY, JR. | PLAINTIFF |
| V. | CIVIL ACTION NO. 1:18-CV-140-SA-DAS |
| LOWNDES COUNTY, MISSISSIPPI | DEFENDANT |

AND

| | |
|---|---|
| CHARLES D. EASLEY, JR. | PLAINTIFF |
| V. | CIVIL ACTION NO. 1:18-SV-223-SA-RP |
| LOWNDES COUNTY, MISSISSIPPI | DEFENDANT |

## ORDER CONSOLIDATING CASES

The parties having advised the court that they do not oppose consolidation of these actions, finds that the above actions should be, and they are hereby consolidated for all purposes.

SO ORDERED this the 23rd day of April, 2019.

/s/ David A. Sanders
U.S. MAGISTRATE JUDGE